UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Gooby Muhammad )
 )
    Plaintiff, )
 )
v. )    Civil Action No.: **10 0707**
 )
United States Government, )
 )
    Defendant. )

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed in forma pauperis and a pro se complaint. The application will be granted and the complaint will be dismissed without prejudice.

The plaintiff, asserting that he is a Muslim of the nation of Islam, brings this "complaint . . . against the federal government for allowing former President George W. Bush & presidents from 2008-1958; fifty years of gov[ernmental], covert conspiratorial manipulated perpetuated felonious acts of hate against me for being a Muslim of the nation of Islam in the U. S." Compl. at 1. The factual assertions indicate that the plaintiff was injured in 1979 in a job-related accident, and was injured again in 2003, when his car was hit from the rear by a District of Columbia Public Schools bus. *See* Pl.'s "List of What" at 4-5. It is clear that the plaintiff is dissatisfied with the medical treatment he received in connection with both injuries. *See* Pl.'s "List of Who" at 1-9 (listing more than 30 doctors and lawyers). The complaint does not expressly state a connection between the United States Government and the plaintiff's injuries, but repeatedly asserts that others left the plaintiff to die, and concludes with what appears to be the following prayer for relief:

IMMEDIATE SPINAL REALIGNMENT AND ANGIOGRAM TEST. THE LAST 6 YEARS, OF THE 30 YEARS OF HEALTH AND MEDICAL ABUSE, HAS BEEN THOSE THAT ARE MURDERING ME COVERTLY AND SLOWLY; DUE TO ANTI ISLAMIC MALICE; ATTENTION IGNORED.

THAT MUST COME FROM THE GOVERNMENT, A LAW OFFICE, THE PRESIDENTS [sic] MEDICAL STAFF, OR THE LIKES THERE OF [sic]. MY LIFE AND MY DEATH, BELONG TO ALLAH.

Pl.'s Motion for Court Relief.[1] Although it is not clear, it also appears that the plaintiff seeks relief in the form of personal property including clothing, household furnishings and appliances, tools and equipment, as well as $50 million in damages. *Id.*

As a whole, this complaint against the United States Government appears to be based on the sort of "fantastic or delusional scenarios" that warrant dismissal. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (determining that courts have the "unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless"). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints).

A separate order accompanies this memorandum opinion.

Date: April 15, 2010

United States District Judge

---

[1] There are multiple "Motions for Court Relief," which are not uniquely identified or otherwise distinguished from each other, and which do not have unique page numbers.

- 2 -